IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-01986-WYD-KLM

DONALD W. HOMAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER DISMISSING CASE

---

THIS MATTER is before the Court on Plaintiff's Stipulated Motion to Dismiss, filed October 6, 2010 [ECF No. 6], in which Plaintiff indicates that the parties have settled their disputes in this case. Upon consideration of the Motion and the file herein, it is hereby

ORDERED that the Stipulated Motion to Dismiss filed October 6, 2010 [ECF No. 6] is **GRANTED** and all claims and causes of action in this case are hereby **DISMISSED WITH PREJUDICE**, each party to pay their own costs and fees.

    Dated: October 6, 2010

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge